**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter   **7**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Carroll Residential Pools & Exteriors Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **f/d/b/a Carroll Pools**<br>**f/d/b/a Carroll Roofing**<br>**f/d/b/a Carroll Companies TX**<br>**f/k/a Carroll Siding Inc.** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 2 1 4 3 3 3 4** |

**4. Debtor's address**

Principal place of business

**10209 Echo Ridge Ct.**
Number   Street

**Dallas, TX 75243**
City   State   ZIP Code

**Dallas**
County

Mailing address, if different from principal place of business

Number   Street

City   State   ZIP Code

Location of principal assets, if different from principal place of business

Number   Street

City   State   ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.carrollpools.com (no longer active)** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                    Case number *(if known)* _____

Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2  3  8  9**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☑ Chapter 7 |
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check all that apply:* |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes.  District _____  When _____ Case number _____ |
| If more than 2 cases, attach a separate list. |                                    MM / DD / YYYY |
| |       District _____  When _____ Case number _____ |
| |                                    MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.  Debtor _____  Relationship _____ |
| List all cases. If more than 1, attach a separate list. |       District _____  When _____ |
| |                                        MM / DD / YYYY |
| |       Case number, if known _____ |

Debtor    **Carroll Residential Pools & Exteriors Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City                                   State   ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| |          Contact name _____ |
| |          Phone _____ |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| **15. Estimated assets** | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Carroll Residential Pools & Exteriors Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/10/2024**
MM/ DD/ YYYY

**X** **/s/ Keli Kincaid**                          **Keli Kincaid**
Signature of authorized representative of debtor          Printed name

Title **Owner/Director**

**18. Signature of attorney**

**X** **/s/ Michael S. Mitchell**          Date **05/10/2024**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Michael S. Mitchell**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number          Street

**Plano**                    **TX**          **75074**
City                    State          ZIP Code

**(972) 578-1400**                **mike@demarcomitchell.com**
Contact phone                    Email address

**00788065**                    **TX**
Bar number                    State

Fill in this information to identify the case:

Debtor name      **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/10/2024
       MM/  DD/  YYYY

X  /s/ Keli Kincaid
Signature of individual signing on behalf of debtor

**Keli Kincaid**
Printed name

**Owner/Director**
Position or relationship to debtor

**THE STATE OF TEXAS**

**CERTIFICATE OF RESOLUTION**

**COUNTY OF COLLIN**

BEFORE ME, the undersigned authority, on this day personally appeared Keli Denise Kincaid, known to me, who, being first by me duly sworn, did state that she was the duly elected and authorized President of Carroll Residential Pools & Exteriors Inc., a Texas Corporation (the "Corporation"), and that the following is a correct excerpt of a resolution unanimously adopted by the duly elected and authorized and acting Board of Directors of the Corporation on May _10_, 2024:

"BE IT RESOLVED: That in the judgment of the Board of Directors, it is desirable and for the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by this Corporation under the provisions of Chapter 7 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED: That by unanimous consent of each and all of the Board of Directors of the Corporation and further by the unanimous consent of the Shareholders of the issued and outstanding capital stock of the Corporation, the officers of the Corporation be and they are hereby authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the Corporation the relief accorded under Chapter 7 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of the officers of the corporation, who are further authorized, again at their sole discretion, to convert said proceedings into liquidation bankruptcy proceedings if the same, in their discretion, is appropriate and necessary.

BE IT FURTHER RESOLVED: That DeMarco•Mitchell, PLLC of Plano, Texas, shall be retained as attorneys for the Corporation, for instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the Corporation as the officers may deem appropriate and, without limiting the generality of the foregoing, obtaining a successful liquidation of the Corporation's assets and/or successful termination of bankruptcy proceedings.

Name: Keli Denise Kincaid
Title:  President

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared Keli Denise Kincaid, President of Carroll Residential Pools & Exteriors Inc., known to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said Corporation, and that she executed the same as the act of such Corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 10TH day of May, 2024.

Barbara Drake
My Commission Expires
06/03/2024
ID No. 11853112

Notary Public in and for
The State of Texas

Fill in this information to identify the case:

Debtor Name **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the: **Eastern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase Bank** | **Checking account** | **0  2  5  1** | **$266.69** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** | **$266.69** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____
   7.2 _____

Debtor      **Carroll Residential Pools & Exteriors Inc.**                                    Case number *(if known)* _____
‎            Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____          _____

   8.2 _____          _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                       ┌─────────────┐
   ‎                                                                        │             │
   ‎                                                                        └─────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    ‎                                                                      **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =....  ➡     _____
    ‎                          face amount               doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  -  _____  =....  ➡     _____
    ‎                          face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                   ┌─────────────┐
    ‎                                                                                         │             │
    ‎                                                                                         └─────────────┘

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    ‎                                                              **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____          _____     _____

    14.2 _____          _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

    15.1 _____  _____  _____     _____

    15.2 _____  _____  _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                    Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                                                                    | _____ |

---

**Part 5:**     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                                                   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:**     Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

---

Official Form 206A/B        **Schedule A/B: Assets — Real and Personal Property**        page 3

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                      Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

    [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor   **Carroll Residential Pools & Exteriors Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| **40.** **Office fixtures** | _____ | _____ | _____ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Notebook PC | unknown | | $150.00 |
| Laptop | unknown | | $698.00 |
| 3 Apple Computers | unknown | | $360.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | _____ | _____ | _____ |
| 42.2 | _____ | _____ | _____ |
| 42.3 | _____ | _____ | _____ |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$1,208.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | _____ | _____ | _____ |
| 47.2 | _____ | _____ | _____ |
| 47.3 | _____ | _____ | _____ |
| 47.4 | _____ | _____ | _____ |

Debtor   **Carroll Residential Pools & Exteriors Inc.**      Case number *(if known)* _____

      Name

---

**48.** **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

**49.** **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

    _____    _____  _____  _____

**51.** **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                   [_____]

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 9:   Real property

**54.** **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.** **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          [_____]

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                Case number *(if known)* _____
Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**   Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62.  **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Customer names, addresses, and telephone numbers | **unknown** | _____ | **unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.  **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                                    _____

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

---

Official Form 206A/B                   **Schedule A/B: Assets — Real and Personal Property**                   page 7

Debtor   **Carroll Residential Pools & Exteriors Inc.**                     Case number *(if known)* _____
          Name

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ =➔   _____
                           Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   _____

_____    Tax year _____   _____

_____    Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____                          _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

**Nature of claim**        _____

**Amount requested**       _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          _____

**Nature of claim**        _____

**Amount requested**       _____

**76.** **Trusts, equitable or future interests in property**

_____                          _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          _____

_____                          _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                        _____

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                   Case number *(if known)* _____
         Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $266.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,208.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................... ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ..........................91a. | $1,474.69 | **+** 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $1,474.69 |

**Fill in this information to identify the case:**

Debtor name   **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the:   **Eastern**   District of   **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**   **Creditor's name**

**First Internet Bank of Indiana**

**Creditor's mailing address**

**11201 USA Parkway**

**Fishers, IN 46037**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/16/2021**

**Last 4 digits of account number**   **9   1   0   6**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For 3 Apple Computers: **1) First Internet Bank of Indiana**; 2) Hunt County Tax Office; For Notebook PC: **1) First Internet Bank of Indiana**; 2) Hunt County Tax Office; For Laptop: **1) First Internet Bank of Indiana**; 2) Hunt County Tax Office

**Describe debtor's property that is subject to a lien**

3 Apple Computers, Chase Bank, Notebook PC, Laptop, Customer names, addresses, and telephone numbers

Amount of claim: **$390,709.28**   Value of collateral: **$1,474.69**

**Describe the lien**

**SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** SBA loan secured by all equipment, fixtures, inventory, accounts, instruments, chattel paper, general intangibles, documents, deposit accounts and specified titled motor vehicles. As disclosed in the Stmt. of Financial Affairs, most collateral was seized and auctioned by the lender in December, 2023.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$393,229.70**

---

Debtor   **Carroll Residential Pools & Exteriors Inc.**                         Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | | Column A | Column B |
|---------|-----------------|---|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Hunt County Tax Office**

**Creditor's mailing address**

**P.O. Box 1042**

**Greenville, TX 75403**

**Creditor's email address, if known**

_____

Date debt was incurred          **2023**

Last 4 digits of account     **7   8   4   6**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

3 Apple Computers, Notebook PC, Laptop

**Describe the lien**

  **Ad valorem property tax lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,520.42          $1,208.00

**Remarks:** Ad valorem property taxes on business personal property of the Debtor

Debtor     **Carroll Residential Pools & Exteriors Inc.**          Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| **J. Garth Fennegan**<br>**Settlepou**<br>**3333 Lee Parkway**<br>**Dallas, TX 75219** | Line 2. __1__ | __ __ __ __ |
| **Perdue Brandon Fielder, et al.**<br>**PO Box 2907**<br>**Tyler, TX 75710** | Line 2. __2__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name ___**Carroll Residential Pools & Exteriors Inc.**___

United States Bankruptcy Court for the:

___**Eastern District of Texas**___

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

| Debtor | **Carroll Residential Pools & Exteriors Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amanda Ward**

**196 VZ CR 3122**

**Edgewood, TX 75117**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Incomplete pool build & install

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Incomplete pool build & install

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $15,938.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Amazon Capital Services**

**PO Box 035184**

**Seattle, WA 98124-5184**

Date or dates debt was incurred   5/2023

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $417.38**

---

**3.3** Nonpriority creditor's name and mailing address

**American Express**

**Correspondence/Bankruptcy**

**PO Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred   **various**

Last 4 digits of account number   **1  1  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monies loaned**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $81,896.38**

---

**3.4** Nonpriority creditor's name and mailing address

**Amtrust Financial**

**C/O Mark Meckel**

**1 Belmont Ave. Suite 1000**

**Bala Cynwyd, PA 19004**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   **5  7  9  5**

Remarks:
Unpaid premiums on life insurance policy for Debtor's principal
(Keli Kincaid)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance premiums due

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $2,076.00**

---

| Debtor | **Carroll Residential Pools & Exteriors Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**APlus Potty Rental**

**197 County Road 4536**

**75494**

Date or dates debt was incurred        **6/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$118.00

---

**3.6** Nonpriority creditor's name and mailing address

**April McMahon**

**13213 CR 707**

**Leonard, TX 75452**

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Incomplete pool build & install

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Incomplete pool build & install**

Is the claim subject to offset?
☑ No
☐ Yes

$14,206.00

---

**3.7** Nonpriority creditor's name and mailing address

**Billy Sheffield**

**3935 TX Hwy-34 Ste. A**

**Greenville, TX 75402**

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Former landlord

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**BioLab**

**1725 N. Brown Rd.**

**Lawrenceville, GA 30043-8119**

Date or dates debt was incurred        **4/2023**

Last 4 digits of account number    **6   5   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

| Debtor | **Carroll Residential Pools & Exteriors Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,052.21 |
|---|---|---|---|

**Chase**

P.O. Box 6294

Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

| Date or dates debt was incurred | various |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 1 0 3 7 |
|---|---|

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,120.60 |
|---|---|---|---|

**Comerica Bank**

PO Box 790408

Saint Louis, MO 63179-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cedit card

| Date or dates debt was incurred | Various |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 0 1 0 7 |
|---|---|

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,210.00 |
|---|---|---|---|

**David L. Ragsdale**

739 RS CR 1411

Point, TX 75472

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Incomplete pool build & install

| Date or dates debt was incurred | |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

**Remarks:** Incomplete pool build & install

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.72 |
|---|---|---|---|

**Express Employment Professionals**

PO Box 203901

Dallas, TX 75320-3901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

| Date or dates debt was incurred | 6/2023 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

---

Debtor   **Carroll Residential Pools & Exteriors Inc.**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

Felix Campos

312 Cascade Dr.

75041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred   **6/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Gary Carroll

1905 Centerpoint Lane

Greenville, TX 75402

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Personal loan - seller financing**

Date or dates debt was incurred   **11/16/2021**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Seller financing for purchase of business f/k/a Carroll Siding Inc.

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.11 |
|---|---|---|---|

Iron Throne

5596 TX -276 Ste. 104

Royse City, TX 75189

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred   **6/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,969.00 |
|---|---|---|---|

Keith Fincher

2384 VZ CR 1106

Canton, TX 75103

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Incomplete pool build & install**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Incomplete pool build & install

---

Debtor    **Carroll Residential Pools & Exteriors Inc.**

Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,744.70 |
|---|---|---|---|

**Lantham Pool Products, Inc.**

**PO Box 71774**

**Chicago, IL 60694-1744**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **2022-2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.76 |
|---|---|---|---|

**Quill**

**PO Box 37600**

**Philadelphia, PA 19101-0600**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **5/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,091.08 |
|---|---|---|---|

**Receivables Management Corp.**

**collecting for United Rentals**

**400 West Cummings Park Ste. 4450**

**Woburn, MA 01801**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **6/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number    **9   1   0   4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.30 |
|---|---|---|---|

**Republic Services**

**P.O. Box 5000**

**Fogelsville, PA 18051**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **5/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number    **2   3   6   8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Carroll Residential Pools & Exteriors Inc.** | Case number *(if known)* _____ |
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Rockwall Electric Inc**

**PO Box 1287**

**75189**

Date or dates debt was incurred **6/2023**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $7,710.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**SCP Distributors**

**PO Box 8629**

**Mandeville, LA 70470-8649**

Date or dates debt was incurred **6/2023**

Last 4 digits of account number **6   9   6   2**

As of the petition filing date, the claim is:    $811.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Texas Department of Motor Vehicles**

**106-A Southwest Parkway**

**Wichita Falls, TX 76302**

Date or dates debt was incurred **2022-2023**

Last 4 digits of account number **0   9   2   K**

As of the petition filing date, the claim is:    $937.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Travis & Bonnie Hunt**

**c/o Allen Bryson, PLLC**

**4131 N. Central Expwy. Ste. 900**

**Dallas, TX 75204**

Date or dates debt was incurred **3/20/23**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Construction defect claim related to pool installation completed on or about 8/12/21. Date shown herein as "date incurred" is date of demand letter received from counsel for claimants. Claim is believed to have been fully resolved by Debtor's insurance carrier & is listed herein only out of an abundance of caution.

---

Debtor   **Carroll Residential Pools & Exteriors Inc.**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $511.39
*Check all that apply.*

**Truelite Trace**

**675 N. 1st St. Ste. 1100**

**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred   **5/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2  5  9  5**

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,695.58
*Check all that apply.*

**Verizon**

**PO Box 660108**

**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Telephone services**

Date or dates debt was incurred   **various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $235.58
*Check all that apply.*

**West Chester Permit**

**PO Box 62293**

**Cincinnati, OH 45262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred   **6/14/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4  0  3  7**

---

Debtor    **Carroll Residential Pools & Exteriors Inc.**                                    Case number *(if known)*
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Chase Card Services** <br> **Attn: Bankruptcy** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | Line **3.9** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **Maddock Collections Services** <br> **980 Broadway Ste. 243** <br> **Thornwood, NY 10594-1139** | Line **3.25** <br> ☐ Not listed. Explain _____ | **3  8  1  7** |
| 4.3  **McCarty, Burgess & Wolff** <br> **The MB&W Building** <br> **26000 Cannon Rd.** <br> **Bedford, OH 44146** | Line **3.26** <br> ☐ Not listed. Explain _____ | **1  5  8  3** |

Debtor    **Carroll Residential Pools & Exteriors Inc.**
_____
        Name

Case number *(if known)* _____

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.    **Total claims from Part 2** | 5b.    **+** | **$330,330.18** |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$330,330.18** |

Fill in this information to identify the case:

Debtor name  **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____  Chapter  **7**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Carroll Residential Pools & Exteriors Inc.** |
| United States Bankruptcy Court for the: | **Eastern**  District of  **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | **Keli Denise Kincaid** | **10209 Echo Ridge Ct. Ste. A** Street  **Dallas, TX 75243** City      State      ZIP Code | **First Internet Bank of Indiana**  **Gary Carroll** | ☑ D ☐ E/F ☐ G ☐ D ☑ E/F ☐ G |
| 2.2 | | Street  City      State      ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street  City      State      ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street  City      State      ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor    **Carroll Residential Pools & Exteriors Inc.**    Case number (if known) _____

Name

| Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 _____ | Street _____ _____ | _____ | ❑ D ❑ E/F ❑ G |
| | City          State          ZIP Code | | |
| 2.6 _____ | Street _____ _____ | _____ | ❑ D ❑ E/F ❑ G |
| | City          State          ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name    **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____    Chapter    **7**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*..................................................................................    **$0.00**

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..............................................................................    **$1,474.69**

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................    **$1,474.69**

---

**Part 2:**    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$393,229.70**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+    $330,330.18**

4. **Total liabilities**..................................................................................................................    **$723,559.88**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Carroll Residential Pools & Exteriors Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$343,095.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,269,971.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  **Carroll Residential Pools & Exteriors Inc.**                                      Case number *(if known)* _____

   Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. _____<br> Creditor's name<br>_____<br> Street<br>_____<br> City State ZIP Code | _____<br>_____<br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____<br> Creditor's name<br>_____<br> Street<br>_____<br> City State ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | _____ | _____<br>_____<br>_____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

Official Form 207                  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                  page **2**

Debtor    **Carroll Residential Pools & Exteriors Inc.**                                    Case number *(if known)*
_____
         Name

| | | | | |
|---|---|---|---|---|
| 5.1. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **1999 Kearney Trailer (Low Boy) - VIN1KBFS202KX1056304** | **December, 2023** | **$1,500.00** |
| 5.2. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2004 Kearney Trailer (Low Boy) - VIN5LCJF202641002820** | **December, 2023** | **$1,500.00** |
| 5.3. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2011 Foundation Trailer (25 ft. gooseneck) - VIN 5LCRF2424B1025782** | **December, 2023** | **$2,500.00** |
| 5.4. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2020 Pool Trailer (GVWR=15,608 lbs, 36 ft. gooseneck, 2020 PJ L356) - VIN 4P5LS3622L1331961** | **December, 2023** | **$7,000.00** |
| 5.5. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2021 Excavator Trailer (GVWR=26,000 lbs),PJ 25' Low Pro Pintle - VIN 4P5LS3622L1331961** | **December, 2023** | **$4,000.00** |
| 5.6. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2012 Ford F250 Truck - VIN 1FT7W2BT8CED15538** | **December, 2023** | **$19,000.00** |
| 5.7. | **First Internet Bank of Indiana**<br>Creditor's name<br>**11201 USA Parkway**<br>Street<br><br>**Fishers, IN 46037**<br>City            State      ZIP Code | **2000 Gutter Ford F250 Gutter Truck - VIN 3FTNW20F2YMA27732** | **December, 2023** | **$2,100.00** |

Debtor      **Carroll Residential Pools & Exteriors Inc.**                                        Case number *(if known)*
                   Name

| | | | | |
|---|---|---|---|---|
| 5.8. | **First Internet Bank of Indiana**<br>Creditor's name | **2019 Ford F250 Pool Truck - VIN**<br>**1FT7W2BT1KEG00869** | **December,**<br>**2023** | **$56,900.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.9. | **First Internet Bank of Indiana**<br>Creditor's name | **2015 Kubota Trailer B26 4WD -**<br>**Vin/Serial # 50520** | **December,**<br>**2023** | **$10,000.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.10. | **First Internet Bank of Indiana**<br>Creditor's name | **2015 Kubota Loader & Attachments**<br>**TL500, including 2015 Backhoe -**<br>**VIN/Serial # A1311, A1507** | **December,**<br>**2023** | **$26,000.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.11. | **First Internet Bank of Indiana**<br>Creditor's name | **2016 Skid Steer Track Loader (A/C Cab)**<br>**Bobcat T550 - Vin/Serial # AJZV15679** | **December,**<br>**2023** | **$28,000.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.12. | **First Internet Bank of Indiana**<br>Creditor's name | **2016 Excavator (Takeuchi TB290C) -**<br>**Vin/Serial # - 185102210** | **December,**<br>**2023** | **$70,000.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.13. | **First Internet Bank of Indiana**<br>Creditor's name | **1995 Kenworth Dump Truck -**<br>**VIN2XKNDE9X4SM651598** | **December,**<br>**2023** | **$8,000.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |
| 5.14. | **First Internet Bank of Indiana**<br>Creditor's name | **6 pallets of foundation blocks (various**<br>**sizes)** | **December,**<br>**2023** | **$1,600.00** |
| | **11201 USA Parkway**<br>Street | | | |
| | **Fishers, IN 46037**<br>City                    State        ZIP Code | | | |

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                   Case number *(if known)*
_____
        Name

| | | | | |
|---|---|---|---|---|
| 5.15. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **1/2 pallet of landscaping boulders** | **December, 2023** | **$250.00** |
| 5.16. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **Approximately 40 feet of 8 inch drain pipe** | **December, 2023** | **$90.00** |
| 5.17. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **Assorted PVC pipes** | **December, 2023** | **$150.00** |
| 5.18. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **Spreader bar** | **December, 2023** | **$500.00** |
| 5.19. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **Assorted hand tools** | **December 2000** | **$200.00** |
| 5.20. | **First Internet Bank of Indiana** <br> Creditor's name <br><br> **11201 USA Parkway** <br> Street <br><br><br> **Fishers, IN 46037** <br> City                State        ZIP Code | **2 dump truck tires** | **December, 2023** | **$20.00** |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

Debtor  **Carroll Residential Pools & Exteriors Inc.** _____   Case number *(if known)* _____
Name

6.1. _____    _____    _____

Creditor's name

_____    XXXX– __ __ __

Street

_____

_____

City                State    ZIP Code

---

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Travis Hunt and Bonnie Hunt v. Carroll Siding Inc., D/B/A Carroll Pools and Carroll Residential Pools & Exteriors Inc. D/B/A Carroll Pools** | **Civil action alleging negligence, breach of contract, & Texas DTPA violations. Settled by Debtor's insurance carrier.** | **In the 354th District Court of Hunt County, TX** <br> Name <br> **2507 Lee St., 3rd Floor** <br> Street <br><br> **Greenville, TX 75401** <br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **92546** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **First Internet Bank of Indiana vs Carroll Residential Pools & Exterior Inc. and Keli Denise Kincaid** | **Civil action regarding unpaid SBA loan** | **In the 354th District Court of Hunt County, TX** <br> Name <br> **2507 Lee St., 3rd Floor** <br> Street <br><br> **Greenville, TX 75401** <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **93430** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ <br> Custodian's name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> Case title <br> _____ <br><br> Case number <br> _____ <br><br> Date of order or assignment <br> _____ | _____ <br><br> Court name and address <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State    ZIP Code |

Debtor    **Carroll Residential Pools & Exteriors Inc.**                    Case number *(if known)*
_____
          Name

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ | _____ | _____ | |
| Recipient's name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City            State    ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| _____ |

| **Part 5:** | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **06/23/2023** | **$3,000.00** |
| | **Address** | | | |
| | **500 N. Central Expressway Suite 500**<br>Street | | | |
| | **Plano, TX 75074**<br>City            State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.demarcomitchell.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    Carroll Residential Pools & Exteriors Inc.                    Case number *(if known)*
              Name

---

**13.1.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Amanda Ward** | **Partial refund of client deposit for pool and/or installation services not performed** | **June, 2023** | **$17,500.00** |

**Address**

**196 VZ CR 3122**
Street


**Edgewood, TX 75117**
City                          State        ZIP Code

**Relationship to debtor**

**None**

---

**13.2.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Keith Fincher** | **Partial refund of client deposit for pool and/or installation services not performed** | **June, 2023** | **$8,750.00** |

**Address**

**2384 VZ CR 1106**
Street


**Canton, TX 75103**
City                          State        ZIP Code

**Relationship to debtor**

**None**

---

**13.3.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **David L. Ragsdale** | **Partial refund of client deposit for pool and/or installation services not performed** | **June, 2023** | **$8,750.00** |

**Address**

**739 RS CR 1411**
Street


**Point, TX 75472**
City                          State        ZIP Code

**Relationship to debtor**

**None**

---

Debtor  **Carroll Residential Pools & Exteriors Inc.**
_____   Case number *(if known)* _____
        Name

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Kim Johnson** | **Refund of client deposit for pool and/or installation services not performed** | **June, 2023** | **$16,556.00** |

**Address**

**2504 Loudon St. E**
Street

**Rockwall, TX 75032**
City                    State    ZIP Code

**Relationship to debtor**

**None**

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____  To _____ |
| _____ City          State    ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.    **Name, Addresses, Telephone Numbers and Email**

State the nature of the information collected and retained. **Addresses**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Comerica Bank** <br> Name <br> **811 S. Central Expwy.** <br> Street <br> _____ <br> **Richardson, TX 75080** <br> City    State    ZIP Code | XXXX– **9  8  5  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **6/28/2023** | **$17,181.42** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|------------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **Carroll Residential Pools & Exteriors Inc.**                              Case number *(if known)*
         Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   Carroll Residential Pools & Exteriors Inc.   Case number *(if known)* _____
_____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Russ Watkins**<br>Name<br>**5199 CR 4506**<br>Street<br><br>**Commerce, TX 75428**<br>City        State    ZIP Code | From **12/2021**   To **3/2024** |
| 26a.2.  **Melanie Orta**<br>Name<br>**unknown address**<br>Street<br><br><br>City        State    ZIP Code | From **11/2021**   To **6/2023** |
| 26a.3.  **Kevin Westdyk, CPA**<br>Name<br>**1400 W. Main St. Ste. 102**<br>Street<br><br>**Lewisville, TX 75067**<br>City        State    ZIP Code | From **2/2022**   To **present** |
| 26a.4.  **Cathy Mason**<br>Name<br>**unknow was a temp**<br>Street<br><br><br>City        State    ZIP Code | From **7/2022**   To **11/2022** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   Carroll Residential Pools & Exteriors Inc.                     Case number *(if known)* _____
         Name

| Name and address | Dates of service |
|---|---|

26b.1.  **Russ Watkins**                                    From **12/2021**   To **3/2024**
        Name

        **5199 CR 4506**
        Street

        _____

        **75428**
        City                    State            ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2.  **Phillip Greenberg Seigel Business Valuation**      From **5-2022**   To **2-2024**
        Name

        **144 E. Dekalb Pike Ste. 100**
        Street

        _____

        **King of Prussia, PA 19406-2150**
        City                    State            ZIP Code

| Name and address | Dates of service |
|---|---|

26b.3.  **Kevin Westdyk, CPA**                               From **2-2022**   To **present**
        Name

        **1400 W. Main St. Ste. 102**
        Street

        _____

        **Lewisville, TX 75067**
        City                    State            ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Russ Watkins**                                     _____
        Name                                                 _____

        **5199 CR 4506**                                     _____
        Street

        _____

        **Commerce, TX 75428**
        City                    State            ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  **Siegel Business Valuations**
        Name

        **144 E. Dekalb Ste. 100**
        Street

        _____

        **King of Prussia, PA 19406-2150**
        City                    State            ZIP Code

Debtor   **Carroll Residential Pools & Exteriors Inc.**                                     Case number *(if known)*
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name
       _____
       Street
       _____
       _____
       City                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keli Kincaid** | **10209 Echo Ridge Ct. Dallas, TX 75243** | **Owner/Director, Sole Shareholder** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ , | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Keli Kincaid**<br>Name<br>**10209 Echo Ridge Ct.**<br>Street<br><br>**Dallas, TX 75243**<br>City          State      ZIP Code | **$40,411.55** | **1/2023-7/2023** | **Salary** |

| Relationship to debtor |
|---|
| **Owner/Director/Sole Shareholder** |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**05/10/2024**___
          MM/  DD/  YYYY

**X** **/s/ Keli Kincaid** _____        Printed name _____**Keli Kincaid**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____**Owner/Director**____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Eastern District of Texas

**In re**   Carroll Residential Pools & Exteriors Inc.

Case No. _____

**Debtor**

Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................. **$3,000.00**

Prior to the filing of this statement I have received ................................................................. **$3,000.00**

Balance Due ........................................................................................................................... **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/10/2024** | **/s/ Michael S. Mitchell** |
| *Date* | Michael S. Mitchell |
| | *Signature of Attorney* |
| | Bar Number: 00788065 |
| | DeMarco Mitchell, PLLC |
| | 500 N. Central Expressway Suite 500 |
| | Plano, TX 75074 |
| | Phone: (972) 578-1400 |
| | |
| | **DeMarco Mitchell, PLLC** |
| | *Name of law firm* |

Date:    **05/10/2024**                                **/s/ Keli Kincaid**

**Keli Kincaid**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Carroll Residential Pools & Exteriors**
      **Inc.**

CASE NO

CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **05/10/2024**     Signature                            **/s/ Keli Kincaid**
                                             Keli Kincaid, Owner/Director

Amanda Ward
196 VZ CR 3122
Edgewood, TX 75117

Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

American Express
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Amtrust Financial
C/O Mark Meckel
1 Belmont Ave. Suite 1000
Bala Cynwyd, PA 19004

APlus Potty Rental
197 County Road 4536
75494

April McMahon
13213 CR 707
Leonard, TX 75452

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Billy Sheffield
3935 TX Hwy-34 Ste. A
Greenville, TX 75402


BioLab
1725 N. Brown Rd.
Lawrenceville, GA 30043-8119


Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Comerica Bank
PO Box 790408
Saint Louis, MO 63179-0408


David L. Ragsdale
739 RS CR 1411
Point, TX 75472


Express Employment
Professionals
PO Box 203901
Dallas, TX 75320-3901


Felix Campos
312 Cascade Dr.
75041

First Internet Bank of Indiana
11201 USA Parkway
Fishers, IN 46037


Gary Carroll
1905 Centerpoint Lane
Greenville, TX 75402


Hunt County Tax Office
P.O. Box 1042
Greenville, TX 75403


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Iron Throne
5596 TX -276 Ste. 104
Royse City, TX 75189


J. Garth Fennegan
Settlepou
3333 Lee Parkway
Dallas, TX 75219


Keith Fincher
2384 VZ CR 1106
Canton, TX 75103

Keli Denise Kincaid
10209 Echo Ridge Ct. Ste. A
Dallas, TX 75243


Lantham Pool Products, Inc.
PO Box 71774
Chicago, IL 60694-1744


Maddock Collections Services
980 Broadway Ste. 243
Thornwood, NY 10594-1139


McCarty, Burgess & Wolff
The MB&W Building
26000 Cannon Rd.
Bedford, OH 44146


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450


Perdue Brandon Fielder, et al.
PO Box 2907
Tyler, TX 75710


Quill
PO Box 37600
Philadelphia, PA 19101-0600

Receivables Management
Corp.
collecting for United Rentals
400 West Cummings Park Ste. 4450
Woburn, MA 01801

Republic Services
P.O. Box 5000
Fogelsville, PA 18051

Rockwall Electric Inc
PO Box 1287
75189

SCP Distributors
PO Box 8629
Mandeville, LA 70470-8649

SEC
100 F Street
Washington, DC 20549

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Department of Motor
Vehicles
106-A Southwest Parkway
Wichita Falls, TX 76302

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Travis & Bonnie Hunt
c/o Allen Bryson, PLLC
4131 N. Central Expwy. Ste. 900
Dallas, TX 75204

Truelite Trace
675 N. 1st St. Ste. 1100
San Jose, CA 95112

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76102-6600

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155


United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204


United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204


United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


Verizon
PO Box 660108
Dallas, TX 75266-0108


West Chester Permit
PO Box 62293
Cincinnati, OH 45262